STEVEN G. KALAR
Federal Public Defender
DIANA A. GARRIDO
Assistant Federal Public Defender
160 West Santa Clara Street
Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant Coryell

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NOEMI RUBIO BAEZ, and<br>KATHRYN DARLENE CORYELL,<br><br>    Defendants. | No. CR 12-00804 DLJ<br><br>STIPULATION AND []<br>ORDER WAIVING DEFENDANT<br>KATHRYN CORYELL'S PERSONAL<br>APPEARANCE |

    The defendant, Kathryn Darlene Coryell, represented by Assistant Federal Public Defender Diana A. Garrido; the defendant, Noemi Rubio Baez, represented by Bruce C. Funk; and the government, represented by Trial Attorneys Charles A. O'Reilly and Erin Mellen, hereby stipulate that, with the Court's approval, Ms. Coryell's personal appearance be waived at the status conference set for Thursday, May 2, 2013.

    Assistant Federal Public Defender Diana Garrido hereby agrees to notify Ms. Coryell of any future court dates at which Ms. Coryell must appear.

///

///

///

Stipulation and [] Order
CR 12-00804 DLJ                     1

Dated: March 21, 2013

                                      STEVEN G. KALAR
                                      Federal Public Defender

                                       /s/
                                      DIANA A. GARRIDO
                                      Assistant Federal Public Defender

Dated: March 21, 2013

                                       /s/
                                      BRUCE C. FUNK
                                      Counsel for Noemi Rubio Baez

Dated: March 21, 2013

                                      MELINDA HAAG
                                      United States Attorney

                                       /s/
                                      CHARLES A. O'REILLY
                                      Trial Attorney

Dated: March 21, 2013

                                       MELINDA HAAG
                                      United States Attorney

                                       /s/
                                      ERIN MELLEN
                                      Trial Attorney

1 **[] ORDER**

2   Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that

3 Kathryn Darlene Coryell need not personally appear at the May 2, 2013 status conference.

4

5 IT IS SO ORDERED.

6

7 DATED: _____

  _____
  THE HONORABLE D. LOWELL JENSEN
8 United States District Judge