| | |
|---|---|
| 1 | MELINDA HAAG (CAB 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CAB 150630)<br>Chief, Criminal Division |
| 4 | CHARLES A. O'REILLY (CAB 160980)<br>ERIN S. MELLEN (VAB 70319) |
| 5 | SONIA M. OWENS<br>Trial Attorneys |
| 6 | |
| 7 | 11th Floor Federal Building<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 8 | Telephone:  (415) 436-6999<br>Fax:         (415) 436-7009 |
| 9 | Email:      Charles.A.O'Reilly@usdoj.gov |
| 10 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>KATHRYN DARLENE CORYELL, a/k/a<br>Kathryn Darlene Leckbee, and Kat,<br><br>             Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | No. CR 12-0804-2 DLJ<br><br>STIPULATION AND []<br>ORDER CONTINUING HEARING<br>DATE AND EXCLUDING TIME<br>UNDER THE SPEEDY TRIAL ACT |

The United States, represented by United States Attorney Melinda Haag, and by Trial Attorneys Charles A. O'Reilly, Sonia M. Owens and Erin S. Mellen, and the defendant, Kathryn Darlene Coryell, represented by Paul B. Meltzer, hereby stipulate that, with the Court's approval, the status conference currently set for Thursday, February 20, 2013 at 9:00 a.m., shall be continued to Thursday, April 3, 2013 at 9:00 a.m.

Stipulation and [] Order
Case No. 12-cr-0804-2 DLJ

1  The continuance is requested to provide both defense counsel and the government with
2  additional time to review discovery and negotiate an appropriate resolution. The continuance
3  would provide both parties with the reasonable time necessary for effective preparation.
4  Accordingly, the parties respectfully request that status conference be continued to April 3, 2014,
5  and that the time between February 20, 2014 and April 3, 2013 be excluded under the Speedy
6  Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

7

8  Dated: 12 February 2014           Respectfully submitted,
9                                    MELINDA HAAG
                                     United States Attorney
10

11
                                     _____/s/_____
12                                   CHARLES A. O'REILLY
                                     Trial Attorney
13

14  Dated: 12 February 2014           _____/s/_____
                                     PAUL B. MELTZER
15                                   Counsel for Kathryn Darlene Coryell

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of February 2014, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Paul B. Meltzer
Law Offices of Paul B. Meltzer, APC
740 Front Street, Suite 325
Santa Cruz, CA 95060
paul@paulmeltzerlaw.com

Counsel for Kathryn Darlene Coryell

                                         */s/ Charles A. O'Reilly*
                                         CHARLES A. O'REILLY
                                         Trial Attorney

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6                           SAN JOSE DIVISION
7
8  UNITED STATES OF AMERICA,
9         Plaintiff,                       NO. CR 12-0804-2 DLJ
10        v.
11 KATHRYN DARLENE CORYELL,                **ORDER** ()
   a/k/a Kathryn Darlene Leckbee, and Kat,
12
         Defendants.
13 _____/

14         Pursuant to agreement and stipulation of the parties, the Court HEREBY
15 ORDERS that the time between February 20, 2014 and April 3, 2014 is excluded
16 under the Speedy Trial Act, 18 U.S.C. §3161. The Court finds, pursuant to
17 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that the failure to grant the requested
18 continuance would unreasonably deny counsel reasonable time necessary for
19 effective preparation, taking into account the exercise of due diligence.
20 Furthermore, the Court finds that the ends of justice served by granting the
21 requested continuance outweigh the best interest of the public and the defendants
22 in a speedy trial. The Court therefore concludes that this exclusion of time should
23 be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
24 **IT IS SO ORDERED.**
25
26 Dated: ⎕⎕⎕⎕⎕⎕
                                           _____
27                                         D. LOWELL JENSEN
                                           UNITED STATES DISTRICT JUDGE
28