PAUL B. MELTZER (State Bar No. 077425)
LAW OFFICES OF PAUL B. MELTZER
A Professional Corporation
740 Front Street, Suite 325
Santa Cruz, California 95060
Telephone: (831) 426-6000

Attorneys for Defendant, KATHRYN DARLENE CORYELL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>KATHRYN DARLENE CORYELL,<br><br>    Defendant. | Case No.: 12-00804-DLJ<br><br>STIPULATION TO CONTINUE AND [PROPOSED] ORDER<br><br>Judge: The Honorable Judge Jensen |

　　IT IS HEREBY STIPULATED by and between all counsel that there exists good cause to continue the April 3, 2014 Status Conference at 9:00 a.m. previously set forth in the matter of NOEMI RUBIO BAEZ and KATHRYN DARLENE CORYELL to June 26, 2014 at 9:00 a.m. Assistant U.S. Attorney Sonia Owens has no objection to the continuance and the new date.

　　The continuance is requested to provide both defense counsel and the government with additional time to review discovery and negotiate an appropriate resolution. The continuance would provide both parties with the reasonable time necessary for effective preparation. Accordingly, the parties respectfully request that the status conference be continued to June 26, 2014. The parties agree that the time between April 3, 2014 and June 26, 2014 shall be excluded from the Speedy Trial Act requirements of Title 18, United States Code, § 3161 pursuant to Title 18, United States Code § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public.

1 | Therefore, it is respectfully requested that the previously set Status Conference of April
2 | 3, 2014 be vacated and a Status Conference be set for June 26, 2014 at 9:00 a.m.
3 | THE PARTIES SO STIPULATE.

Dated: March 28, 2014          UNITED STATES ATTORNEY


                               _____/S/_____  *By Paul B Meltzer*
                               Sonia Owens, A.U.S. Attorney


Dated: March 28, 2014          LAW OFFICES OF PAUL B. MELTZER

                               _____
                               PAUL B. MELTZER,
                               Attorney for Defendant KATHRYN D.CORYELL

STIPULATION TO CONTINUE - 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 12-00804-DLJ |
| Plaintiff, | |
| vs. | ORDER () |
| KATHRYN DARLENE CORYELL, | |
| Defendant. | Judge: The Honorable Judge Jensen |

### [PROPOSED] ORDER

Good cause shown, therefore, IT IS HEREBY ORDERED that the April 3, 2014 Status Conference at 9:00 a.m. previously set forth in the matter of KATHRYN DARLENE CORYELL is continued to June 26, 2014 at 9:00 a.m. for Status Conference. Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that the time between April 3, 2014 and June 26, 2014 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The Court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that the failure to grant the requested continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

Dated: [illegible]

HON. D. LOWELL JENSEN, DISTRICT JUDGE
UNITED STATES DISTRICT COURT